IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DENNIS MCDOWELL, | : | |
| Petitioner, | : | Case No. 3:06-cv-003 |
| -vs- | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Michael R. Merz |
| MIAMI COUNTY INCARCERATION<br>FACILITY, et al. | : | |
| | : | |
| Respondent. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 12, 2006 hereby ADOPTS said Report and Recommendations.

Accordingly, the Clerk shall enter judgment dismissing the action without prejudice for lack of service of process

June 15, 2006.

Thomas M. Rose
United States District Judge